1345 Highwood Place
Wesley Chapel, FL
33543


January 29, 2004


Attn: Eric M. Davis, Esq. & Robert A. Weber, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
1 Rodney Square, PO Box 636
Wilmington, DE
19899

To whom it may concern:

Re: Notice of Objection to Case No. 03-13744 (MFW)

I was employed by Aurora Foods Inc., Jackson, TN from July 28, 2003 to January 9, 2004 as Maintenance Manager. I was terminated on January 9, 2004 without cause.

Aurora Foods Inc. owes me the following and refuses to pay:

1) Reimbursable expenses for the week ending December 28, 2003 totaling  $542.15
2) Reimbursable expenses for the week ending January 11, 2004 totaling   $949.79
3) Final salary for the period January 2 through January 9, 2004 totaling  $1584.62
4) 2003 Bonus Plan                                        totaling       $5000.00
5) 2004 Earned Vacation                                   totaling       $3803.09
6) Company 401K contribution (4%)                         totaling       $1333.33

                                                    Total Owed       $ 13,212.98

I object to the confirmation of this plan prior to payment of this debt.

I thank you for your consideration in this matter and please feel free to contact me at anewland@tampabay.rr.com or via telephone at 813-907-9440 or 813-334-2047 at your convenience.

Sincerely,

*[signature]*

Arnold (Arnie) F. Newland, CMRP

CC: Skadden, Arps, Slate, Meagher & Flom LLP

CC: Continued
US Department of Justice, Office of the United States Trustee
Simpson, Thacher & Bartlett LLP
Landis, Rath & Cobb LLP
Debevoise & Plimpton
Potter, Anderson & Corroon LLP
Kaye Scholer LLP
Young Conaway Stargatt & Taylor LLP
O'Melveny & Myers LLP
Paul, Weiss, Rifkind, Wharton & Garrison LLP