PAGE: 1

U.S. BANKRUPTCY COURT - DISTRICT OF DELAWARE
CHAPTER 11 CASE NOS. 03-13744 (MFW) JOINTLY ADMINISTERED
DEBTOR: AURORA FOODS, INC., 11432 LACKLAND ROAD, ST. LOUIS, MO 63146
ATTORNEY: SKADDEN ARPS SLATE MEAGHER & FLOM LLP, FOUR TIMES SQUARE NEW YORK, NY 10036-6522 212-735-3000 ATTN: DAVID BARRETT, ESQ.

CASE FILE DATE: 12/08/03

CLAIMS REGISTER AS OF 06/04/08

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 03-13744 | NNGH FINANCIAL SERVICES<br>ATTN: JESSICA YANOSY<br>44 OLD RIDGEBURY RD<br>DANBURY, CT 06810 | 00001 | 24,120.00 CLAIMED SECURED<br>0.00 CLAIMED UNSECURED<br>24,120.00 TOTAL CLAIMED<br>**** EXPUNGED **** | 12/30/03 | |
| 03-13744 | VWR INTERNATIONAL<br>1230 KENNSTONE CIRLCLE<br>MARIETTA, GA 30066 | 00002 | 134.57 CLAIMED UNSECURED | 12/29/03 | |
| 03-13744 | ATMOS ENERGY/MID STATES DIVISION<br>ATTN: BANKRUPTCY GROUP<br>PO BOX 15488<br>AMARILLO, TX 79105-5488 | 00003 | 24,790.11 CLAIMED UNSECURED<br>**** EXPUNGED **** | 12/29/03<br>05/28/04 | DOCKET NUMBER: 343 |
| 03-13744 | EXPANETS<br>8740 LUCENT BLVD<br>HIGHLANDS RANCH, CO 80129-2509 | 00004 | 1,273.33 CLAIMED UNSECURED<br>330.46 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/05/04<br>05/27/04 | DOCKET NUMBER: 343 |
| 03-13744 | PENNSYLVANIA DEPT OF REVENUE<br>COMMONWEALTH OF PENNSYLVANIA<br>BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG, PA 17128-0496 | 00005 | 128,406.12 CLAIMED PRIORITY<br>924.00 CLAIMED UNSECURED<br>129,330.12 TOTAL CLAIMED<br>**** EXPUNGED **** | 01/05/04<br>05/28/04 | DOCKET NUMBER: 343 |
| 03-13744 | DARTEK COMPUTER SUPPLY<br>175 AMBASSADOR DR<br>NAPERVILLE, IL 60540 | 00006 | 1,489.96 CLAIMED UNSECURED<br>1,306.86 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/06/04<br>05/27/04 | DOCKET NUMBER: 343 |
| 03-13744 | MISSOURI DEPT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 00007 | 188.53 CLAIMED PRIORITY<br>**** WITHDRAWN **** | 12/15/03<br>05/28/04 | DOCKET NUMBER: 346 |
| 03-13744 | PITNEY BOWES CREDIT CORP.<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | 00008 | 14,880.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 12/15/03 | |
| 03-13744 | STATE OF WASHINGTON<br>DEPT OF REVENUE<br>ATTN: GARY WITZEL<br>2101 4TH AVE, SUITE 1400<br>SEATTLE, WA 98121-2300 | 00009 | 174,622.00 CLAIMED PRIORITY<br>64,124.00 CLAIMED UNSECURED<br>238,746.00 TOTAL CLAIMED<br>**** WITHDRAWN **** | 12/23/03<br>03/16/04 | DOCKET NUMBER: 248 |
| 03-13744 | ERIE WATER WORKS<br>340 W BAYFRONT PARKWAY<br>ERIE, PA 16507-0729 | 00010 | 14,515.89 CLAIMED SECURED<br>**** WITHDRAWN **** | 12/22/03<br>03/19/04 | DOCKET NUMBER: 255 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

PAGE: 2

U.S. BANKRUPTCY COURT - DISTRICT OF DELAWARE
CHAPTER 11 CASE NOS. 03-13744 (MFW) JOINTLY ADMINISTERD
DEBTOR: AURORA FOODS, INC., 11432 LACKLAND ROAD , ST. LOUIS, MO 63146
ATTORNEY: SKADDEN ARPS SLATE MEAGHER & FLOM LLP, FOUR TIMES SQUARE NEW YORK, NY 10036-6522 ATTN: DAVID BARRETT, ESQ.

CLAIMS REGISTER AS OF 06/04/08

CASE FILE DATE: 12/08/03

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 03-13744 | CONAGRA MILLED INGREDIENTS, A DIVISION OF CONAGRA FOODS, INC.<br>ATTN: VERNE SANDHURST<br>11 CONAGRA DR, SUITE 11-160<br>OMAHA, NE 68102 | 00011 | 408,342.84 CLAIMED UNSECURED<br>**** EXPUNGED **** | 12/22/03<br>05/28/04 | DOCKET NUMBER: 342 |
| 03-13744 | GLOPAK<br>296 SOUTH ST<br>NEWARK, NJ 07114 | 00012 | 3,600.00 CLAIMED UNSECURED | 01/13/04 | |
| 03-13744 | STATE OF WASHINGTON<br>DEPT OF REVENUE<br>ATTN: GARY WITZEL<br>2101 4TH AVE, SUITE 1400<br>SEATTLE, WA 98121-2300 | 00013 | 174,622.00 CLAIMED PRIORITY<br>64,124.00 CLAIMED UNSECURED<br>238,746.00 TOTAL CLAIMED<br>**** WITHDRAWN **** | 12/23/03<br>03/16/04 | DOCKET NUMBER: 248 |
| 03-13744 | STERLING COMMERCE AMERICAS, INC.<br>4600 LAKEHURST CT<br>BLDG 4, 2ND FL<br>DUBLIN, OH 43016 | 00014 | 6,978.91 CLAIMED UNSECURED<br>5,234.34 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/16/04 | |
| 03-13744 | DEBT ACQUISITION CO OF AMERICA V, LLC<br>DEBT ACQUISITION<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 92108-3419 | 00015 | 450.00 CLAIMED UNSECURED<br>75.00 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/16/04<br>05/27/04 | DOCKET NUMBER: 343 |
| 03-13744 | DEBT ACQUISITION CO OF AMERICA V, LLC<br>DEBT ACQUISITION<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 92108-3419 | 00016 | 1,493.89 CLAIMED UNSECURED<br>1,010.56 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/16/04<br>05/27/04 | DOCKET NUMBER: 343 |
| 03-13744 | DEBT ACQUISITION CO OF AMERICA V, LLC<br>DEBT ACQUISITION<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 92108-3419 | 00017 | 140.40 CLAIMED UNSECURED | 01/16/04 | |
| 03-13744 | NEXT FACTORS<br>TRANSFEROR: M&M PUMP SUPPLY, INC.<br>72 VAN REIPEN AVE<br>SUITE 37<br>JERSEY CITY, NJ 07030 | 00018 | 1,530.72 CLAIMED UNSECURED<br>1,390.50 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/09/04<br>05/27/04 | DOCKET NUMBER: 343 |
| 03-13744 | NEXT FACTORS<br>TRANSFEROR: MIDWEST PALLET<br>72 VAN REIPEN AVE<br>SUITE 37<br>JERSEY CITY, NJ 07030 | 00019 | 6,184.60 CLAIMED UNSECURED<br>2,530.00 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/09/04<br>05/27/04 | DOCKET NUMBER: 343 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLAIMS REGISTER AS OF 06/04/08

U.S. BANKRUPTCY COURT - DISTRICT OF DELAWARE
CHAPTER 11 CASE NOS. 03-13744 (MFW) JOINTLY ADMINISTERD
DEBTOR: AURORA FOODS, INC., 11432 LACKLAND ROAD , ST. LOUIS, MO 63146
ATTORNEY: SKADDEN ARPS SLATE MEAGHER & FLOM LLP, FOUR TIMES SQUARE NEW YORK, NY 10036-6522 212-735-3000 ATTN: DAVID BARRETT, ESQ.

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 03-13744 | EXPANETS<br>8740 LUCENT BLVD STE 100<br>HIGHLANDS RANCH, CO 80129-2510 | 00020 | 1,273.33 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/14/04<br>05/28/04 | DOCKET NUMBER: 342 |
| 03-13744 | SEARS ROEBUCK & CO.<br>SEARS<br>4300 WESTOWN PKWY<br>WEST DES MOIN, IA 50266-1036 | 00021 | 242.74 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/15/04<br>05/27/04 | DOCKET NUMBER: 343 |
| 03-13744 | INFORMATION RESOURCES INC.<br>150 N CLINTON ST<br>CHICAGO, IL 60661 | 00022 | 25,000.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/20/04<br>05/28/04 | DOCKET NUMBER: 342 |
| 03-13744 | BIRDS EYE FOODS, INC.<br>PO BOX 20670<br>ATTN: ACCOUNTS RECEIVABLE MGR.<br>ROCHESTER, NY 14602-0670 | 00023 | 32,191.15 CLAIMED UNSECURED | 01/15/04 | |
| 03-13744 | BELLSOUTH TELECOMMUNICATIONS, INC.<br>REGIONAL BANKRUPTCY CENTER<br>29EFI - 301 W BAY ST<br>JACKSONVILLE, FL 32202 | 00024 | 1,235.52 CLAIMED UNSECURED | 01/20/04 | |
| 03-13744 | PENNSYLVANIA DEPT OF REVENUE<br>COMMONWEALTH OF PENNSYLVANIA<br>BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG, PA 17128-0496 | 00025 | 27,396.08 CLAIMED PRIORITY<br>**** EXPUNGED **** | 01/20/04<br>05/28/04 | DOCKET NUMBER: 343 |
| 03-13744 | FOOD SAFETY NET SERVICES LTD.<br>221 W RHAPSODY<br>SAN ANTONIO, TX 78216 | 00026 | 7,025.00 CLAIMED UNSECURED | 01/07/04 | |
| 03-13744 | GEORGIA-PACIFIC CORPORATION<br>133 PEACHTREE ST NE (30303)<br>PO BOX 105605<br>ATTN: ERICH L. MCINNIS<br>ATLANTA, GA 30348-5605 | 00027 | 1,097,932.69 CLAIMED PRIORITY<br>**** EXPUNGED **** | 01/20/04<br>05/28/04 | DOCKET NUMBER: 342 |
| 03-13744 | CONTRARIAN FUNDS, LLC<br>TRANSFEROR: IFCO SYSTEMS NORTH AMERICA<br>ATTN: ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE, S-225<br>GREENWICH, CT 06830 | 00028 | 34,560.00 CLAIMED UNSECURED | 01/29/04 | |

```
U.S. BANKRUPTCY COURT - DISTRICT OF DELAWARE                                                                                        PAGE:           4
CHAPTER 11 CASE NOS. 03-13744 (MFW) JOINTLY ADMINISTERD
DEBTOR: AURORA FOODS, INC., 11432 LACKLAND ROAD , ST. LOUIS, MO 63146                                                               CASE FILE DATE: 12/08/03
ATTORNEY: SKADDEN ARPS SLATE MEAGHER & FLOM LLP, FOUR TIMES SQUARE NEW YORK, NY 10036-6522 212-735-3000 ATTN: DAVID BARRETT, ESQ.

                                              CLAIMS REGISTER AS OF 06/04/08

CASE       CLAIMANT NAME & ADDRESS                    CLAIM #      AMOUNT/DESCRIPTION              DATE       REMARKS

03-13744   AVAYA FKA LUCENT TECHNOLOGIES              00029        4,352.73 CLAIMED UNSECURED      01/27/04
           C/O D&B/RMS BANKRUPTCY SERVICES                         1,309.11 ALLOWED UNSECURED      05/27/04   DOCKET NUMBER: 343
           PO BOX 5126                                             **** ALLOWED ****
           TIMONIUM, MD 21094

03-13744   AVAYA FKA LUCENT TECHNOLOGIES              00030        4,352.73 CLAIMED UNSECURED      01/27/04
           C/O D&B/RMS BANKRUPTCY SERVICES                         **** EXPUNGED ****              05/28/04   DOCKET NUMBER: 342
           PO BOX 5126
           TIMONIUM, MD 21094

03-13744   AVAYA FKA LUCENT TECHNOLOGIES              00031        4,352.73 CLAIMED UNSECURED      01/27/04
           C/O D&B/RMS BANKRUPTCY SERVICES                         **** EXPUNGED ****              05/28/04   DOCKET NUMBER: 342
           PO BOX 5126
           TIMONIUM, MD 21094

03-13744   CITICORP VENDOR FINANCE INC                00032       28,184.58 CLAIMED UNSECURED      01/23/04
           FKA COPELCO CAPITAL                                     **** EXPUNGED ****              05/27/04   DOCKET NUMBER: 343
           1800 OVERCENTER DR
           MOBERLY, MO 65270

03-13744   NEXT FACTORS                               00033          500.00 CLAIMED UNSECURED      01/21/04
           TRANSFEROR: MATTON CHAMBER OF COMMERCE                  **** EXPUNGED ****              05/27/04   DOCKET NUMBER: 343
           72 VAN REIPEN AVE
           SUITE 37
           JERSEY CITY, NJ 07030

03-13744   NEXT FACTORS                               00034          500.00 CLAIMED UNSECURED      01/21/04
           TRANSFEROR: MATTON CHAMBER OF COMMERCE                  **** EXPUNGED ****              05/28/04   DOCKET NUMBER: 342
           72 VAN REIPEN AVE
           SUITE 37
           JERSEY CITY, NJ 07030

03-13744   NEXT FACTORS                               00035          284.48 CLAIMED UNSECURED      01/21/04
           TRANSFEROR: BLOOMS IN THE LOOP
           72 VAN REIPEN AVE
           SUITE 37
           JERSEY CITY, NJ 07030

03-13744   NEXT FACTORS                               00036          154.46 CLAIMED UNSECURED      01/21/04
           TRANSFEROR: DBH DISTRIBUTORS, INC.
           72 VAN REIPEN AVE
           SUITE 37
           JERSEY CITY, NJ 07030

03-13744   NEXT FACTORS                               00037        1,640.00 CLAIMED UNSECURED      01/21/04
           TRANSFEROR: HYDRITE CHEMICAL CO.
           72 VAN REIPEN AVE
           SUITE 37
           JERSEY CITY, NJ 07030
```

U.S. BANKRUPTCY COURT - DISTRICT OF DELAWARE
CHAPTER 11 CASE NOS. 03-13744 (MFW) JOINTLY ADMINISTERED
DEBTOR: AURORA FOODS, INC., 11432 LACKLAND ROAD, ST. LOUIS, MO 63146                                    CASE FILE DATE: 12/08/03
ATTORNEY: SKADDEN ARPS SLATE MEAGHER & FLOM LLP, FOUR TIMES SQUARE NEW YORK, NY 10036-6522  212-735-3000 ATTN: DAVID BARRETT, ESQ.

CLAIMS REGISTER AS OF 06/04/08

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 03-13744 | NEXT FACTORS<br>TRANSFEROR: SAK N SAV<br>72 VAN REIPEN AVE<br>SUITE 37<br>JERSEY CITY, NJ 07030 | 00038 | 1,070.96 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/21/04<br>05/27/04 | DOCKET NUMBER: 343 |
| 03-13744 | BR SUPPLY INC.<br>C/O NEXT FACTORS, INC.<br>SUITE 37<br>72 VAN REIPEN AVE<br>JERSEY CITY, NJ 07306 | 00039 | 2,866.13 CLAIMED UNSECURED<br>866.48 ALLOWED UNSECURED<br>**** ALLOWED **** | 01/21/04<br>05/27/04 | DOCKET NUMBER: 343 |
| 03-13744 | DEBT ACQUISITION CO OF AMERICA V, LLC<br>DEBT ACQUISITION<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 92108-3419 | 00040 | 501.08 CLAIMED UNSECURED | 01/30/04 | |
| 03-13744 | US FILTER/ION PURE<br>75 TECHNOLOGY DR<br>LOWELL, MA 01851 | 00041 | 611.02 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/30/04<br>05/27/04 | DOCKET NUMBER: 343 |
| 03-13745 | BEXAR COUNTY<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | 00042 | 297.60 CLAIMED SECURED | 01/20/04 | CLAIMED UNLIQ |
| 03-13745 | BEXAR COUNTY<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | 00043 | 194.91 CLAIMED SECURED | 01/20/04 | CLAIMED UNLIQ |
| 03-13744 | NEXT FACTORS<br>TRANSFEROR: BLOOMS IN THE LOOP<br>72 VAN REIPEN AVE<br>SUITE 37<br>JERSEY CITY, NJ 07030 | 00044 | 284.48 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/21/04<br>05/28/04 | DOCKET NUMBER: 342 |
| 03-13744 | NEXT FACTORS<br>TRANSFEROR: BR SUPPLY, INC.<br>72 VAN REIPEN AVE<br>SUITE 37<br>JERSEY CITY, NJ 07030 | 00045 | 2,866.13 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/21/04<br>05/28/04 | DOCKET NUMBER: 342 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
U.S. BANKRUPTCY COURT - DISTRICT OF DELAWARE
CHAPTER 11 CASE NOS. 03-13744 (MFW) JOINTLY ADMINISTERD
DEBTOR: AURORA FOODS, INC., 11432 LACKLAND ROAD, ST. LOUIS, MO 63146                               CASE FILE DATE: 12/08/03
ATTORNEY: SKADDEN ARPS SLATE MEAGHER & FLOM LLP, FOUR TIMES SQUARE NEW YORK, NY 10036-6522 212-735-3000 ATTN: DAVID BARRETT, ESQ.

                                           CLAIMS REGISTER AS OF 06/04/08
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 03-13744 | SAK N SAV<br>C/O NEXT FACTORS, INC.<br>SUITE 37<br>72 VAN REIPEN AVE<br>JERSEY CITY, NJ 07306 | 00046 | 1,070.96 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/21/04<br>05/28/04 | DOCKET NUMBER: 342 |
| 03-13744 | NEXT FACTORS<br>TRANSFEROR: HYDRITE CHEMICAL CO.<br>72 VAN REIPEN AVE<br>SUITE 37<br>JERSEY CITY, NJ 07030 | 00047 | 1,640.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/21/04<br>05/28/04 | DOCKET NUMBER: 342 |
| 03-13744 | NEXT FACTORS<br>TRANSFEROR: DBH DISTRIBUTOR, INC.<br>72 VAN REIPEN AVE<br>SUITE 37<br>JERSEY CITY, NJ 07030 | 00048 | 154.46 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/21/04<br>05/28/04 | DOCKET NUMBER: 342 |
| 03-13744 | FOOD SAFETY NET SERVICES LTD.<br>221 W RHAPSODY<br>SAN ANTONIO, TX 78216 | 00049 | 7,025.00 CLAIMED UNSECURED<br>**** EXPUNGED **** | 01/28/04<br>05/28/04 | DOCKET NUMBER: 342 |
| 03-13744 | OHIO BUREAU OF WORKERS' COMPENSATION<br>LAW SECTION BANKRUPTCY UNIT<br>P.O. BOX 15398<br>COLUMBUS, OH 43215-0398 | 00050 | 348.95 CLAIMED PRIORITY<br>**** WITHDRAWN **** | 01/30/04<br>03/16/04 | DOCKET NUMBER: 247 |
| 03-13744 | IRON MOUNTAIN RECORDS MANAGEMENT, INC.<br>C/O D&B/RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | 00051 | 1,239.95 CLAIMED UNSECURED | 02/02/04 | |
| 03-13744 | FPC FINANCIAL, F.S.B.<br>ATTN: KRISTEN JAGERSON<br>P.O. BOX 6600<br>JOHNSTON, IA 50131-6600 | 00052 | 1,141.39 CLAIMED UNSECURED<br>**** EXPUNGED **** | 02/02/04<br>05/27/04 | DOCKET NUMBER: 343 |
| 03-13744 | FISHER SCIENTIFIC<br>GARY BARNES<br>REGIONAL CREDIT MANAGER<br>2000 PARK LANE<br>PITTSBURGH, PA 15275 | 00053 | 1,632.97 CLAIMED UNSECURED | 02/02/04 | |
| 03-13744 | PRUDENTIAL RESIDENTIAL SERVICES, LP<br>D/B/A PRUDENTIAL RELOCATION<br>SHANNON GOEDEKE, PRUDENTIAL RELOCATION<br>MANAGEMENT, 15903 PEBBLE CREEK TRAIL<br>CYPRESS, TX 77433 | 00054 | 8,365.80 CLAIMED UNSECURED | 02/02/04 | |

U.S. BANKRUPTCY COURT - DISTRICT OF DELAWARE
CHAPTER 11 CASE NOS. 03-13744 (MFW) JOINTLY ADMINISTERED
DEBTOR: AURORA FOODS, INC., 11432 LACKLAND ROAD, ST. LOUIS, MO 63146
ATTORNEY: SKADDEN ARPS SLATE MEAGHER & FLOM LLP, FOUR TIMES SQUARE NEW YORK, NY 10036-6522 212-735-3000 ATTN: DAVID BARRETT, ESQ.

CLAIMS REGISTER AS OF 06/04/08
CASE FILE DATE: 12/08/03

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 03-13744 | STATE OF MISSOURI<br>DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 00055 | 24,248.47 CLAIMED PRIORITY<br>1,888.75 CLAIMED UNSECURED<br>26,137.22 TOTAL CLAIMED<br>**** WITHDRAWN **** | 02/09/04<br>05/28/04 | DOCKET NUMBER: 346 |
| 03-13744 | STATE OF MISSOURI<br>DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 00056 | 12,176.14 CLAIMED PRIORITY<br>**** WITHDRAWN **** | 02/09/04<br>05/28/04 | DOCKET NUMBER: 346 |
| 03-13744 | STATE OF MISSOURI<br>DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 00057 | 0.00 CLAIMED PRIORITY<br>**** EXPUNGED **** | 02/09/04<br>05/28/04 | DOCKET NUMBER: 343 |
| 03-13744 | EXPANETS<br>8740 LUCENT BLVD<br>HIGHLANDS RANCH, CO 80129-2509 | 00058 | 128.80 CLAIMED UNSECURED<br>**** EXPUNGED **** | 02/09/04<br>05/27/04 | DOCKET NUMBER: 343 |
| 03-13744 | FELLER, KIRK V. & BRENDA D.<br>C/O JAMES RICHARD MYERS<br>303 SOUTH SEVENTH STREET<br>BOX 399<br>VANDALIA, IL 62471 | 00059 | 0.00 CLAIMED UNSECURED | 02/09/04 | CLAIMED UNDET |
| 03-13744 | FEDERAL EXPRESS CORPORATION<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>2005 CORPORATE AVENUE, 2ND FLOOR<br>MEMPHIS, TN 38132 | 00060 | 5,358.57 CLAIMED UNSECURED | 02/06/04 | |
| 03-13744 | BLACKWELL SANDERS PEPER MARTIN LLC<br>4801 MAIN ST #1000<br>KANSAS CITY, MO 64112-2551 | 00061 | 66,720.18 CLAIMED UNSECURED | 02/06/04 | |
| 03-13744 | ****CLAIM NUMBER VOIDED BY AGENT*** | 00062 | 0.00 CLAIMED<br>**** EXPUNGED **** | 03/10/04 | |
| 03-13744 | ****CLAIM NUMBER VOIDED BY AGENT**** | 00063 | 0.00 CLAIMED<br>**** EXPUNGED **** | 03/10/04 | |
| 03-13744 | ****CLAIM NUMBER VOIDED BY AGENT**** | 00064 | 0.00 CLAIMED<br>**** EXPUNGED **** | 03/10/04 | |
| 03-13744 | R2 TOP HAT, LTD<br>C/O AMALGAMATED GADGET, L.P.<br>ATTN: GENERAL COUNSEL<br>301 COMMERCE STREET, SUITE 2975<br>FORT WORTH, TX 76102 | 00065 | 239,071,197.49 CLAIMED SECURED | 02/17/04 | CLAIMED UNLIQ |

EPIQ BANKRUPTCY SOLUTIONS, LLC

PAGE: 8

U.S. BANKRUPTCY COURT - DISTRICT OF DELAWARE
CHAPTER 11 CASE NOS. 03-13744 (MFW) JOINTLY ADMINISTERD
DEBTOR: AURORA FOODS, INC., 11432 LACKLAND ROAD , ST. LOUIS, MO 63146
ATTORNEY: SKADDEN ARPS SLATE MEAGHER & FLOM LLP, FOUR TIMES SQUARE NEW YORK, NY 10036-6522 212-735-3000 ATTN: DAVID BARRETT, ESQ.

CLAIMS REGISTER AS OF 06/04/08

CASE FILE DATE: 12/08/03

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 03-13744 | R.I. DIVISION OF TAXATION<br>ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 | 00066 | 250.00 CLAIMED PRIORITY<br>**** WITHDRAWN **** | 02/11/04<br>09/28/05 | DOCKET NUMBER: 398 |
| 03-13744 | ONESOURCE FACILITY SERVICES<br>1600 PARKWOOD CIRCLE, STE 400<br>ATLANTA, GA 30080 | 00067 | 8,515.38 CLAIMED UNSECURED | 02/17/04 | |
| 03-13744 | NEXT FACTORS<br>TRANSFEROR: PREMIERE CONFERENCING<br>72 VAN REIPEN AVE<br>SUITE 37<br>JERSEY CITY, NJ 07030 | 00068 | 4,313.32 CLAIMED UNSECURED<br>3,654.83 ALLOWED UNSECURED<br>**** ALLOWED **** | 02/17/04<br>05/27/04 | DOCKET NUMBER: 343 |
| 03-13744 | NEXT FACTORS<br>TRANSFEROR: BROOKFIELD ENINEERING LAB<br>72 VAN REIPEN AVE<br>SUITE 37<br>JERSEY CITY, NJ 07030 | 00069 | 477.18 CLAIMED UNSECURED | 02/17/04 | |
| 03-13744 | INFORMATION RESOURCES INC.<br>150 N CLINTON ST<br>CHICAGO, IL 60661 | 00070 | 37,634.42 CLAIMED UNSECURED<br>**** EXPUNGED **** | 02/24/04<br>05/28/04 | DOCKET NUMBER: 342 |
| 03-13744 | TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | 00071 | 7,560.26 CLAIMED ADMINISTRATIVE<br>**** EXPUNGED **** | 02/25/04<br>05/28/04 | DOCKET NUMBER: 343 |
| 03-13744 | TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | 00072 | 12,230.03 CLAIMED PRIORITY<br>**** EXPUNGED **** | 02/25/04<br>05/28/04 | DOCKET NUMBER: 343 |
| 03-13744 | MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 00073 | 9,651.85 CLAIMED PRIORITY<br>613.00 CLAIMED UNSECURED<br>10,264.85 TOTAL CLAIMED<br>**** EXPUNGED **** | 03/05/04<br>05/28/04 | DOCKET NUMBER: 343 |
| 03-13744 | FLEMING COMPANIES, INC.<br>C/O JANICE L. DUBIN<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>203 NORTH LASALLE STREET<br>CHICAGO, IL 60601 | 00074 | 6,059,593.75 CLAIMED UNSECURED | 03/08/04 | |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
U.S. BANKRUPTCY COURT - DISTRICT OF DELAWARE                                                                  PAGE:           9
CHAPTER 11 CASE NOS. 03-13744 (MFW) JOINTLY ADMINISTERED
DEBTOR: AURORA FOODS, INC., 11432 LACKLAND ROAD , ST. LOUIS, MO 63146                                CASE FILE DATE: 12/08/03
ATTORNEY: SKADDEN ARPS SLATE MEAGHER & FLOM LLP, FOUR TIMES SQUARE NEW YORK, NY 10036-6522 212-735-3000 ATTN: DAVID BARRETT, ESQ.

                                    CLAIMS REGISTER AS OF 06/04/08
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 03-13744 | FLEMING COMPANIES, INC.<br>C/O MARJON GHASEMI, ESQ.<br>KIRKLAND & ELLIS LLP<br>777 S. FIGUEROA STREET<br>LOS ANGELES, CA 90017 | 00075 | 6,059,593.75 CLAIMED UNSECURED<br>**** EXPUNGED **** | 03/08/04<br>05/28/04 | DOCKET NUMBER: 342 |
| 03-13744 | FAEGRE & BENSON LLP<br>DARRELL M DALEY, ESQ.<br>1900 15TH ST.<br>BOULDER, CO 80302 | 00076 | 8,590.22 CLAIMED UNSECURED<br>**** EXPUNGED **** | 03/12/04<br>05/28/04 | DOCKET NUMBER: 343 |
| 03-13744 | PR NEWSWIRE<br>GPO BOX 5897<br>NEW YORK, NY 10087-5897 | 00077 | 1,360.00 CLAIMED UNSECURED | 03/04/04 | |
| 03-13744 | INFORMATION RESOURCES INC.<br>150 N CLINTON ST<br>CHICAGO, IL 60661 | 00078 | 56,182.80 CLAIMED UNSECURED | 03/08/04 | |
| 03-13744 | PEAK TECHNOLOGIES, INC.<br>C/O ABC-AMEGA, INC<br>1100 MAIN ST<br>BUFFALO, NY 14209-2356 | 00079 | 944.92 CLAIMED UNSECURED<br>**** EXPUNGED **** | 03/12/04<br>05/27/04 | DOCKET NUMBER: 343 |
| 03-13744 | IOS CAPITAL<br>BANKRUPTCY ADMINISTRATION<br>P.O. BOX 13708<br>MACON, GA 31208-3708 | 00080 | 351,189.20 CLAIMED UNSECURED<br>**** EXPUNGED **** | 03/11/04<br>05/27/04 | DOCKET NUMBER: 343 |
| 03-13744 | GEORGIA-PACIFIC CORPORATION<br>133 PEACHTREE ST NE (30303)<br>PO BOX 105605<br>ATTN: ERICH L. MCINNIS<br>ATLANTA, GA 30348-5605 | 00081 | 36,948.56 CLAIMED PRIORITY | 03/18/04 | |
| 03-13744 | DUKE REALTY LIMITED PARNERSHIP<br>C/O LOUIS F. SOLIMINE<br>THOMPSON HINE LLP<br>312 WALNUT STREET, STE 1400<br>CINCINNATI, OH 45202 | 00082 | 528,120.78 CLAIMED UNSECURED | 03/18/04 | |
| 03-13744 | DUKE REALTY LIMITED PARNERSHIP<br>C/O LOUIS F. SOLIMINE<br>THOMPSON HINE LLP<br>312 WALNUT STREET, STE 1400<br>CINCINNATI, OH 45202 | 00083 | 1,835,696.80 CLAIMED UNSECURED | 03/18/04 | |

EPIQ BANKRUPTCY SOLUTIONS, LLC

Case 03-13744-CSS    Doc 437    Filed 06/09/08    Page 10 of 13

U.S. BANKRUPTCY COURT - DISTRICT OF DELAWARE
CHAPTER 11 CASE NOS. 03-13744 (MFW) JOINTLY ADMINISTERED
DEBTOR: AURORA FOODS, INC., 11432 LACKLAND ROAD, ST. LOUIS, MO 63146
ATTORNEY: SKADDEN ARPS SLATE MEAGHER & FLOM LLP, FOUR TIMES SQUARE NEW YORK, NY 10036-6522 212-735-3000 ATTN: DAVID BARRETT, ESQ.

PAGE: 10
CASE FILE DATE: 12/08/03

CLAIMS REGISTER AS OF 06/04/08

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 03-13744 | EQUIPMENT PRO, INC.<br>124 HWY 61<br>BLOOMSDALE, MO 63627 | 00084 | 27,120.91 CLAIMED UNSECURED<br>**** EXPUNGED **** | 03/18/04<br>05/28/04 | DOCKET NUMBER: 343 |
| 03-13744 | STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>P.O. BOX 245<br>TRENTON, NJ 08695 | 00085 | 7,801.18 CLAIMED PRIORITY<br>**** EXPUNGED **** | 03/17/04<br>05/28/04 | DOCKET NUMBER: 343 |
| 03-13744 | CONAGRA MILLED INGREDIENTS, A DIVISION<br>OF CONAGRA FOODS, INC.<br>ATTN: VERNE SANDHURST<br>7350 WORLD COMMUNICATIONS DRIVE<br>OMAHA, NE 68122 | 00086 | 298,083.71 CLAIMED UNSECURED | 03/18/04 | |
| 03-13744 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>COMMONWEALTH OF PENNSYLVANIA<br>BANKRUPTCY DIVISION<br>DEPARTMENT 280946<br>HARRISBURG, PA 17128-0496 | 00087 | 26,160.00 CLAIMED PRIORITY | 03/19/04 | |
| 03-13744 | W.W. GRAINGER, INC.<br>7300 N. MELVINA AVE. M530<br>NILES, IL 60714-3998 | 00088 | 6,867.49 CLAIMED UNSECURED | 03/22/04 | |
| 03-13744 | STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>P.O. BOX 245<br>TRENTON, NJ 08695 | 00089 | 0.00 CLAIMED PRIORITY | 03/29/04 | |
| 03-13744 | R2TOP HAT, LTD.<br>C/O AMALGAMATED GADGET, L.P.<br>ATTN: GENERAL COUNSEL<br>301 COMMERCE STREET, STE 2975<br>FORT WORTH, TX 76102 | 00090 | 239,071,197.49 CLAIMED SECURED | 04/09/04 | CLAIMED UNLIQ |
| 03-13744 | CHEMSEARCH<br>SUSAN RICHEY<br>1709 JOYCE STREET<br>ARLINGTON, TX 76010 | 00091 | 2,497.40 CLAIMED UNSECURED | 04/09/04 | |
| 03-13744 | MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 00092 | 0.00 CLAIMED PRIORITY | 04/12/04 | |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
U.S. BANKRUPTCY COURT - DISTRICT OF DELAWARE                      CLAIMS REGISTER AS OF 06/04/08                                          PAGE:     11
CHAPTER 11 CASE NOS. 03-13744 (MFW) JOINTLY ADMINISTERED
DEBTOR: AURORA FOODS, INC., 11432 LACKLAND ROAD, ST. LOUIS, MO 63146                                                          CASE FILE DATE: 12/08/03
ATTORNEY: SKADDEN ARPS SLATE MEAGHER & FLOM LLP, FOUR TIMES SQUARE NEW YORK, NY 10036-6522 212-735-3000 ATTN: DAVID BARRETT, ESQ.
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 03-13744 | MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 00093 | 9,271.92 CLAIMED PRIORITY<br>0.00 CLAIMED UNSECURED<br>9,271.92 TOTAL CLAIMED | 04/12/04 | |
| 03-13744 | GEORGIA DEPARTMENT OF REVENUE<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | 00094 | 5,880.00 CLAIMED PRIORITY<br>50.00 CLAIMED UNSECURED<br>5,930.00 TOTAL CLAIMED<br>**** WITHDRAWN **** | 05/06/04<br>11/22/04 | DOCKET NUMBER: 379 |
| 03-13744 | SBC OF CALIFORNIA<br>ATTN: BANKRUPTCY RECOVERY CENTER<br>P.O. BOX 981268<br>WEST SACRAMENTO, CA 95851 | 00095 | 791.36 CLAIMED UNSECURED | 05/17/04 | |
| 03-13744 | MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 00096 | 7,087.86 CLAIMED PRIORITY | 05/24/04 | |
| 03-13744 | TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | 00097 | 44.69 CLAIMED PRIORITY<br>**** WITHDRAWN **** | 06/03/04<br>12/09/04 | DOCKET NUMBER: 385 |
| 03-13744 | TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | 00098 | 1,043.03 CLAIMED ADMINISTRATIVE | 06/03/04 | |
| 03-13744 | ROYAL INDEMNITY COMPANY<br>C/O JOHN M. FLYNN, ESQ.<br>POST OFFICE BOX 540<br>GREENSBORO, NC 27402 | 00099 | 105,663.32 CLAIMED SECURED | 07/21/04 | |
| 03-13744 | MILWAUKEE ELECTRIC TOOL CORPORATION<br>C/O JERRY D. KIZER, ESQ.<br>RAINEY KIZER REVIERE & BELL P.L.C.<br>P.O. BOX 1147<br>JACKSON, TN 38302-1147 | 00100 | 0.00 CLAIMED UNSECURED | 08/03/04 | CLAIMED UNDET |
| 03-13744 | INTERFACE - A PROGRAM OF MARLIN LEASING<br>CORPORATION<br>KELLY A. MCCARTHY, BANKRUPTCY ADMIN.<br>124 GAITHER DRIVE, SUITE 170<br>MOUNT LAUREL, NJ 08054 | 00101 | 8,301.90 CLAIMED SECURED | 09/27/04 | |
| 03-13744 | GONZALES, YVETTE - TRUSTEE<br>DAVIS & PIERCE, P.C.<br>P.O. BOX 6<br>ALBUQUERQUE, NM 87103 | 00102 | 42,201.10 CLAIMED UNSECURED | 10/28/04 | |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
U.S. BANKRUPTCY COURT - DISTRICT OF DELAWARE
CHAPTER 11 CASE NOS. 03-13744 (MFW) JOINTLY ADMINISTERD                                          CASE FILE DATE: 12/08/03
DEBTOR: AURORA FOODS, INC., 11432 LACKLAND ROAD , ST. LOUIS, MO 63146
ATTORNEY: SKADDEN ARPS SLATE MEAGHER & FLOM LLP, FOUR TIMES SQUARE NEW YORK, NY 10036-6522 212-735-3000 ATTN: DAVID BARRETT, ESQ.

                              CLAIMS REGISTER AS OF 06/04/08

CASE      CLAIMANT NAME & ADDRESS                CLAIM #    AMOUNT/DESCRIPTION                  DATE        REMARKS

03-13744  MISSOURI DEPARTMENT OF REVENUE          00103      319.89 CLAIMED ADMINISTRATIVE    11/18/04
          YOLANDA PENDILTON, LEGAL AIDE                                                                    Amended By Claim Number 105
          BOX 475
          JEFFERSON CITY, MO 65105

03-13744  MISSOURI DEPARTMENT OF REVENUE          00104        0.00 CLAIMED PRIORITY           11/18/04
          YOLANDA PENDILTON, LEGAL AIDE                         0.00 CLAIMED UNSECURED
          BOX 475
          JEFFERSON CITY, MO 65105

03-13744  MISSOURI DEPARTMENT OF REVENUE          00105        0.00 CLAIMED ADMINISTRATIVE    12/30/04
          BOX 475
          JEFFERSON CITY, MO 65105
```

```
U.S. BANKRUPTCY COURT - DISTRICT OF DELAWARE                                              CLAIMS REGISTER AS OF 06/04/08                                    PAGE:            13
CHAPTER 11 CASE NOS. 03-13744 (MFW) JOINTLY ADMINISTERED
DEBTOR: AURORA FOODS, INC., 11432 LACKLAND ROAD , ST. LOUIS, MO 63146                                                                                       CASE FILE DATE: 12/08/03
ATTORNEY: SKADDEN ARPS SLATE MEAGHER & FLOM LLP, FOUR TIMES SQUARE NEW YORK, NY 10036-6522  212-735-3000  ATTN: DAVID BARRETT, ESQ.


                              TOTALS FOR CASE NO. : 03-13744 (MFW) JOINTLY ADMINISTERED
                              DEBTOR: AURORA FOODS, INC.

                                                         #                   Amount
     Scheduled      -  PRIORITY                          0                     0.00
                    -  SECURED                           0                     0.00
                    -  UNSECURED                         0                     0.00

         Total Scheduled                                 0                     0.00

     Claimed        -  ADMINISTRATIVE                    3                 1,362.92
                    -  PRIORITY                          7                79,468.34
                    -  SECURED                           6               478,256,852.71
                    -  UNSECURED                        42             9,036,105.47

         Total Claimed                                 105             487,373,789.44

     Allowed        -  ADMINISTRATIVE                    0                     0.00
                    -  PRIORITY                          0                     0.00
                    -  SECURED                           0                     0.00
                    -  UNSECURED                        10                17,708.14

         Total Allowed                                  10                17,708.14

         Total Expunged                                 39             8,330,120.89

         Total Withdrawn                                10               537,083.42
```

EPIQ BANKRUPTCY SOLUTIONS, LLC